United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Denis Orlando Cruz-Raudales, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-7243 |
| | § | |
| Raymond Thompson, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER DISMISSING PETITION

Before the Court is Respondents' Notice of Release indicating that Petitioner Denis Orlando Cruz-Raudales has been removed from the United States to Honduras. Doc. 7. Petitioner's removal renders the sole challenge in his Petition—his detention—non-justiciable. *See* Doc. 1. The Petition is therefore DISMISSED AS MOOT. The action shall be restored to the docket upon Petitioner's request and his demonstration that any aspect of the Petition has not been rendered moot by his removal.

A final judgment will be entered separately.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 2nd of November, 2026.

Nicholas J. Ganjei
United States District Judge